1182

No. 96–1249. LOUISIANA v. DIVERS. Sup. Ct. La. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 96–652. KUCHINSKAS ET AL. v. BROWARD COUNTY, 519 U. S. 1148;

No. 96–884. TAKAHASHI v. LIVINGSTON UNION SCHOOL DISTRICT ET AL., 519 U. S. 1112;

No. 96–891. JORDAN v. KENTON COUNTY BOARD OF EDUCATION ET AL., 519 U. S. 1142;

No. 96–905. CITY OF TULSA v. SPRADLING ET AL., 519 U. S. 1149;

No. 96–909. CHERRY v. ROCKING HORSE RIDGE ESTATES ASSN. ET AL., 519 U. S. 1113;

No. 96–933. SEEGER v. CHATER, COMMISSIONER OF SOCIAL SECURITY, 519 U. S. 1114;

No. 96–1045. GILL v. DALKON SHIELD CLAIMANTS TRUST, 519 U. S. 1150;

No. 96–1068. CASTRO v. UNITED STATES, 519 U. S. 1118;

No. 96–1074. DAVIS v. HANOVER INSURANCE CO. ET AL., *ante*, p. 1104;

No. 96–1086. RANDALL v. UNITED STATES, 519 U. S. 1150;

No. 96–6108. TUCKER v. DEPARTMENT OF EDUCATION ET AL., 519 U. S. 1013;

No. 96–6514. IVY v. MILLER, SUPERINTENDENT, BOONVILLE CORRECTIONAL CENTER, 519 U. S. 1064;

No. 96–6862. FREEMAN v. YOUNG, EXECUTIVE DIRECTOR, ALABAMA BOARD OF PARDONS AND PAROLES, ET AL., 519 U. S. 1121;

No. 96–6918. VEALE v. NEW HAMPSHIRE, 519 U. S. 1122;

No. 96–6969. SHOOBS v. ZAVELETTA ET AL., 519 U. S. 1123;

No. 96–7044. TUCKER v. COGGINS/CONTINENTAL GRANITE CO., INC., 519 U. S. 1125;

No. 96–7053. GRAVELY v. UNITED STATES, 519 U. S. 1099;

No. 96–7114. GARNER v. PENNINGTON ET AL., 519 U. S. 1128;

No. 96–7152. COOPER v. MISSOURI PAROLE BOARD ET AL., 519 U. S. 1129;

No. 96–7191. KARIM-PANAHI v. COMMISSIONER OF INTERNAL REVENUE, 519 U. S. 1131;

No. 96–7202. WELLS v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL., 519 U. S. 1152;

No. 96-7207. BOULINEAU *v.* WEST, SECRETARY OF THE ARMY, ET AL., 519 U. S. 1152;

No. 96-7208. BATICADOS *v.* WHITE, WARDEN, ET AL., 519 U. S. 1152;

No. 96-7228. SMITH *v.* PENNSYLVANIA, 519 U. S. 1153;

No. 96-7247. WILLIAMS *v.* UNITED STATES, 519 U. S. 1133;

No. 96-7433. IN RE STEARMAN, 519 U. S. 1107; and

No. 96-7493. LUONGO *v.* UNITED STATES, 519 U. S. 1118. Petitions for rehearing denied.

No. 94-8262. LACKEY *v.* TEXAS, 514 U. S. 1045; and

No. 96-696. CULP *v.* HOOD ET AL., 519 U. S. 1042. Motions for leave to file petitions for rehearing denied.

APRIL 18, 1997

No. A-741. HORN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. *v.* WHITE, AS NEXT FRIEND TO HEIDNIK. Application to stay enforcement of order directing stay of execution, presented to JUSTICE SOUTER, and by him referred to the Court, granted, and it is ordered that the order staying the execution entered by the United States District Court on April 18, 1997, is vacated. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would deny the application to stay.

APRIL 19, 1997

No. A-743. HORN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. *v.* WHITE, AS NEXT FRIEND TO HEIDNIK. Application to vacate the stay of execution of sentence of death, presented to JUSTICE SOUTER, and by him referred to the Court, dismissed.

APRIL 21, 1997

No. 96-1297. UNITED STATES *v.* HUGHES AIRCRAFT CO. C. A. Fed. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Warner-Jenkinson Co.* v. *Hilton Davis Chemical Co., ante,* p. 17.